District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GULMET KULMEDOV, *et al.*, | No. 2:23-cv-1603-RSM |
| Plaintiffs, | STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |
| v. | |
| ALEJANDRO MAYORKAS, *et al.*, | Noted for Consideration: November 7, 2023 |
| Defendants. | |

Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate their Form I-589, Application for Asylum and for Withholding of Removal. Defendants' response to the Complaint is currently due on December 22, 2023. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until April 12, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION FOR ABEYANCE - 1
(23-cv-1603-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiffs' asylum interview for December 14, 2023. Plaintiffs will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. After the interview, USCIS will need time to adjudicate their asylum application. Once the application is adjudicated, Plaintiffs will dismiss the case with each party to bear their own litigation costs and attorneys' fees. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiffs' asylum interview and then process their asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until April 12, 2024. The parties will submit a joint status report on or before April 12, 2024.

Dated: November 7, 2023

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

 *s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 206-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

**I certify that this memorandum contains 282words, in compliance with the Local Civil Rules.**

*s/ Bart Klein*
BART KLEIN WSBA#10909
Law Officesof Bart Klein
605 First Avenue, Ste. 500

STIPULATED MOTION FOR ABEYANCE - 2
(23-cv-1603-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Seattle, Washington 98104
Phone: 206-624-3787
Email:  bart.klein@bartklein.com
*Attorneys for Plaintiffs*

STIPULATED MOTION FOR ABEYANCE - 3
(23-cv-1603-RSM)

UNITED STATES ATTORNEY
700 S TEWART S TREET, S UITE 5220
S EATTLE, W ASHINGTON 98101
(206) 553-7970

**ORDER**

The case is held in abeyance until April 12, 2024. The parties shall submit a joint status report on or before April 12, 2024. It is so **ORDERED**.

DATED this 13th day of November, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR ABEYANCE       - 4
(23-cv-1603-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970