District Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GULMET KULMEDOV, *et al.*, | Case No. 2:23-cv-01603-RSM |
| Plaintiffs, | STIPULATED MOTION TO DISMISS AND ORDER |
| v. | |
| ALEJANDRO MAYORKAS, *et al.*, | Noted for Consideration: March 26, 2024 |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate their Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the applications and this case is now moot.

//

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:23-cv-01603-RSM] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

1     DATED this 26th day of March, 2024.

2 Respectfully submitted,

3 TESSA M. GORMAN                LAW OFFICES OF BART KLEIN
United States Attorney

4

*/s/Michelle R. Lambert*             *s/ Bart Klein*

5 MICHELLE R. LAMBERT, NYS #4666657    BART KLEIN, WSBA#10909
Assistant United States Attorney           605 First Avenue, Ste. 500

6 United States Attorney's Office            Seattle, Washington 98104
Western District of Washington           Phone: (206) 624-3787

7 1201 Pacific Avenue, Suite 700           Email: bart.klein@bartklein.com
Tacoma, Washington 98402

8 Phone: (253) 428-3824
Email: michelle.lambert@usdoj.gov

9

*Attorneys for Defendants*               *Attorney for Plaintiffs*

10

11 **I certify that this memorandum contains 72 words, in compliance with the Local Civil Rules.**

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION TO DISMISS            UNITED STATES ATTORNEY
[Case No. 2:23-cv-01603-RSM] - 2              1201 PACIFIC AVE., STE. 700
                                                                    TACOMA, WA 98402
                                                                       (253) 428-3800

**ORDER**

It is so **ORDERED**. The case is dismissed without prejudice, with each party to bear their own costs.

DATED this 26th day of March, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO DISMISS
[Case No. 2:23-cv-01603-RSM] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800